IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* SHAWN CLARK AND<br>JUAN A. DELGADO,<br><br>　　　　Plaintiff,<br>v.<br><br>AMERICAN COMMERCIAL<br>COLLEGES, INC.,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§　CIVIL ACTION NO. 5:10-CV-129-C<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

The United States having intervened in part of this *qui tam* action brought by Relators Shawn Clark and Juan A. Delgado ("Relators"), and the United States having filed a Complaint in Intervention setting forth the intervened claims, and the United States, Relators, and Defendant American Commercial Colleges, Inc. ("ACC") having filed a Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1), **IT IS HEREBY ORDERED** that:

　　　　1.　in accordance with, and subject to the terms of, a settlement agreement reached between the United States, ACC, and Relators ("the Settlement Agreement"), all claims asserted in the United States' Complaint in Intervention are dismissed with prejudice; and

　　　　2.　in accordance with, and subject to the terms of, the Settlement Agreement, the remaining claims asserted by Relators in this action on behalf of the United States, in which

claims the United States has declined to intervene, are dismissed with prejudice to Relators and without prejudice to the United States.

SO ORDERED this 3rd day of June, 2013.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE